ORDERED in the Southern District of Florida on __03-18-13__.



_Raymond B. Ray, Judge_
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

ELANE COSTA,   Case No. 12-29704-BKC-RBR

Debtor(s)   Chapter 7

_____/

### ORDER DENYING MOTION TO VALUE AND DETERMINE
### SECURED STATUS OF LIEN ON REAL PROPERTY [D.E. 30]

THIS MATTER came before the Court for hearing on February 21, 2013, on the Debtor's Motion to Value and Determine Secured Status of Property [D.E. 30] (the "Motion") and the Objection [D.E. 39] thereto. The Court, having reviewed the Motion, the Objection, and the court file, having heard argument of counsel, being otherwise fully advised in the premises, and for the reasons set forth on the record, finds and concludes as follows:

The Debtor's Motion does not cite any authority standing for the proposition that a Debtor can strip off a wholly unsecured junior lien in a Chapter 7 bankruptcy proceeding. However, at the hearing, the Debtor stated the intention to do so under *In re McNeal*, 477 F. App'x 562, 563 (11th Cir. 2012). *McNeal* is an unpublished opinion and therefore not binding on this Court. 11th Cir. R. 36-2 (stating that "[u]npublished decisions are not considered binding

precedent, but they may be cited as persuasive authority."). Where a motion to value an unsecured junior lien in a Chapter 7 case is opposed, this Court, along with most of the bankruptcy courts in the Southern District of Florida, decline to follow *McNeal*, citing the reasoning of the Supreme Court in *Dewsnup v. Timm*, 502 U.S. 410 (1992). Courts in other circuits similarly follow this reasoning. *See, e.g., Talbert v. City Mortgage Servs.*, 344 F.3d 555, 562 (6th Cir. 2003); *Ryan v. Homecomings Fin. Network*, 253 F.3d 778, 783 (4th Cir. 2001); *In re Laskin*, 222 B.R. 872, 876 (9th Cir. BAP 1998); *In re Palomar*, 12 C 2418, 2012 WL 4739407 *2 (N.D. Ill. Oct. 3, 2012). Since the Creditor, Shores at Victoria Isles Association, Inc., opposes the Motion, this Court will not allow the Debtor to strip off the unsecured lien in this Chapter 7 proceeding. Accordingly, it is

**ORDERED** that the Motion [D.E. 30] is **DENIED** without prejudice.

###

Copies to:
Debtor
Victoria Isles Association, Inc.